IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

LARRY E. CLAYTON,                )
                                 )
                  Plaintiff,     )
     v.                          )   No. 19-03331-CV-S-BP
                                 )
NELNET SERVICING, LLC, *et al.*, )
                                 )
                  Defendants.    )

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455, the undersigned recuses herself from presiding over this case.

The Clerk of Court is directed to randomly reassign this case to another judge.

IT IS SO ORDERED.

                                              /s/ Beth Phillips_____
                                              BETH PHILLIPS, CHIEF JUDGE
DATE:  December 12, 2019                   UNITED STATES DISTRICT COURT